Fill in this information to identify the case:

Debtor 1    Evaristo R. DeLeon

Debtor 2   
(Spouse, if filing)

United States Bankruptcy Court for the   Northern   District of   Illinois
                                                            (State)

Case number    13-20445

# Form 4100R
# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): N/A

**Last 4 digits of any number you use to identify the debtor's account:** 0125

**Property address:** 227 Miner St
Number    Street

Bensenville      Illinois      60106
City      State      Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

■   Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

■   Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ 9,959.49 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 1,836.31 |
| c. | **Total**. Add lines a and b. | (c) | $ 11,431.80 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07/01/2017
                   MM / DD / YYYY

Form 4100R                **Response to Notice of Final Cure Payment**                page 1

| Debtor 1 | Evaristo R. DeLeon | Case Number (if known) | 13-20445 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Itemized Payment History

**If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:**

- **all payments received;**
- **all fees, costs, escrow, and expenses assessed to the mortgage; and**
- **all amounts the creditor contends remain unpaid.**

### Part 5. Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies**.**

X   /s/ Anna E. Rinehart          Date   12/13/2017
     Signature

**Print**   Anna E. Rinehart          Title   Attorney for Creditor
           First Name   Middle Name   Last Name

Company   Johnson, Blumberg & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   230 W. Monroe Street, Suite 1125,
          Number          Street

          Chicago, IL 60606
          City            State    ZIP Code

Contact Phone   312-541-9710          Email   arinehart@johnsonblumberg.com

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Evaristo R. DeLeon

                Debtor

Bankruptcy No. 13-20445
Judge Janet S. Baer
Chapter: 13

## CERTIFICATE OF SERVICE

TO:    Evaristo R. DeLeon, 227 Miner Street, Bensenville, IL 60106
         Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
         David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
         Patrick Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

I, Anna E. Rinehart an attorney, certify that I served the attached Response to Notice of Final Cure Payment by mailing a copy to the Debtor named above at the addresses listed above and by depositing the same in the U.S. Mail, first class, postage prepaid at 230 W. Monroe Street, Suite 1125, Chicago, IL 60606 on December 13, 2017.  The remaining parties were served by the CM/ECF electronic noticing system.

                                          /s/ Anna E. Rinehart
                                          Anna E. Rinehart,  IL ARDC 6321383

Anna E. Rinehart
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE